UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-6105**

Case Title: **L.C.** vs. **United States of America et al.**

List all clients you represent in this appeal:

**United States of America**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Tiffany Konwiczka Fleming**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Leif Overvold**   Signature: s/ **Leif Overvold**

Firm Name: **U.S. Department of Justice, Civil Division, Appellate Staff**

Business Address: **950 Pennsylvania Ave. NW, Room 7226**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **202-532-4631**

Email Address: **leif.overvold2@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.