UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-6105**

Case Title: **L.C.** vs. **United States of America, et al.**

List all clients you represent in this appeal:

**L.C.**

- ☒ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David G. Bryant**     Signature: s/ **David G. Bryant**

Firm Name: **David Bryant Law, PLLC**

Business Address: **600 W. Main Street, Suite 100**

City/State/Zip: **Louisville, KY 40202**

Telephone Number (Area Code): **502.540.1221**

Email Address: **david@davidbryantlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.