# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __5:21-cv-00124-GFVT__     Case Manager: __Robin L. Baker_____

Case Name: __L.C. v. United States of America; RDAP Instructor Hosea Lee__

Is this case a cross appeal?    ☐ Yes    ☑ No
Has this case or a related one been before this court previously?    ☐ Yes    ☑ No
If yes, state:
   Case Name: _____ Citation: _____
   Was that case mediated through the court's program?    ☐ Yes    ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

---

**PARTIES AGAINST WHOM THIS APPEAL IS BEING TAKEN**

1. Defendant, the United States of America, is a sovereign entity named herein under the Federal Tort Claims Act ("FTCA") and oversees the Federal Bureau of Prisons ("BOP"), which is responsible for the custody and care of federal inmates. Defendant, at all times relevant to this appeal, employed instructor Hosea Lee at the Federal Medical Center, Lexington in its Psychology Services Department. At all times relevant to this appeal, Hosea Lee was acting under the color of law and within the scope of his employment.

**ISSUES**

1. Whether the district court applied the incorrect standard of review and construed the complaint in a light most favorable to Defendant when it granted Defendant's 12(b)(6) motions regarding Plaintiff's claims for negligence?

2. Whether the district court erred when it held that Plaintiff's claims for assault and battery were not covered by the Federal Tort Claims Act because sexual assault does not constitute an employee acting within the scope of his employment and did not require fact-finding in this case despite the novel nature of this employee's duties?

---

This is to certify that a copy of this statement was served on opposing counsel of record this __4__ day of

_____January__, __2023__ .          **David G. Bryant**_____
                                        Name of Counsel for Appellant