UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-6105**

Case Title: **L.C.** vs. **USA, et al.**

List all clients you represent in this appeal:

**L.C.**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Anthony I. Werner**   Signature: s/ **Anthony I. Werner**

Firm Name: **John & Werner Law Offices, PLLC**

Business Address: **Board of Trade Building, STE 200, 80 - 12th Street**

City/State/Zip: **Wheeling, WV  26003**

Telephone Number (Area Code): **304-233-4380**

Email Address: **awerner@johnwernerlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17